1

Hon. Robert S. Lasnik

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

WESTERN DISTRICT OF WASHINGTON

10

AT SEATTLE

11

THE UNITED STATES OF AMERICA,

No. CR 05 – 382 RSL

12

    Plaintiff,

ORDER GRANTING DEFENDANT'S
MOTION TO CONTINUE PRETRIAL
MOTIONS DEADLINE & TRIAL DATE

13

    v.

14

THOMAS A. CAMERON,

15

    Defendant.

16

17

      The Court, having reviewed Defendant's Motion to Continue Pretrial Motions Deadline

18

and Trial Date, and the government's response to the motion, finds that, pursuant to Title 18,

19

United States Code, Sections 3161(h)(8)(A) and (B)(iv), the ends of justice served by granting

20

the requested continuance outweigh the best interest of the public and defendant in a speedy trial,

21

for the reasons outlined in defendant's motion. Specifically, it appears to the Court that the

22

failure to grant a trial continuance would effectively deny defense counsel the reasonable time

23

necessary for effective preparation, taking into account the exercise of due diligence.

24

      IT IS THEREFORE ORDERED that the trial date of Monday, April 17, 2006 is

25

continued to Monday, July 24, 2006, and the motions deadline is extended to June 19, 2006.

26

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO CONTINUE PRETRIAL MOTIONS
DEADLINE & TRIAL DATE  - 1

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
600 FIRST AVENUE, SUITE 433
SEATTLE, WA  98104
(206) 464-4142

1    IT IS FURTHER ORDERED that the period of delay from Monday, April 17, 2006 to

2 Monday, July 24, 2006, is excludable time pursuant to Title 18, United States Code, Section

3 3161(h)(8)(A), for the purpose of computing the time limitations imposed by the Speedy Trial

4 Act, Title 18 United States Code, Sections 3161 through 3174.

5    ORDERED this 17th day of March, 2006.

6

7

8                                                          Robert S. Lasnik
                                                         United States District Judge
9

10

11

12

13

14 Submitted by:

15 LAW OFFICES OF STEPHAN R. ILLA

16

17

18 Stephan R. Illa
         WSBA No. 15793
   Attorney for Defendant Thomas A. Cameron
19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING DEFENDANT'S          LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
MOTION TO CONTINUE PRETRIAL MOTIONS                     600 FIRST AVENUE, SUITE 433
DEADLINE & TRIAL DATE  - 2                                     SEATTLE, WA 98104
                                                                (206) 464-4142