UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. CR 05–382 RSL |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE & TRIAL DATE |
| v. | |
| THOMAS A. CAMERON, | |
| Defendant. | |

The Court, having reviewed Defendant's Motion to Continue Pretrial Motions Deadline and Trial Date, and the government's response to the motion, finds that, pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and (B), the ends of justice served by granting the requested continuance outweigh the best interest of the public and defendant in a speedy trial, for the reasons outlined in defendant's motion. Specifically, it appears to the Court that the failure to grant a trial continuance would result in a miscarriage of justice, that it would be unreasonable to expect adequate preparation within the time limits provided by the Speedy Trial Act, and that failing to continue the trial would effectively deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO CONTINUE PRETRIAL MOTIONS
DEADLINE & TRIAL DATE  - 1

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
600 FIRST AVENUE, SUITE 433
SEATTLE, WA 98104
(206) 464-4142

IT IS THEREFORE ORDERED that the trial date of Monday, July 24, 2006 is continued to Tuesday, September 12, 2006, and the motions deadline is extended to August 7, 2006.

IT IS FURTHER ORDERED that the period of delay from Monday, July 24, 2006 toTuesday, September 12, 2006, is excludable time pursuant to Title 18, United States Code, Section 3161(h)(8)(A), for the purpose of computing the time limitations imposed by the Speedy Trial Act, Title 18 United States Code, Sections 3161 through 3174.

ORDERED this 19th day of June, 2006.

_____
Robert S. Lasnik
United States District Judge

Submitted by:

LAW OFFICES OF STEPHAN R. ILLA

_____
Stephan R. Illa
　　　WSBA No. 15793
Attorney for Defendant Thomas A. Cameron

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO CONTINUE PRETRIAL MOTIONS
DEADLINE & TRIAL DATE  - 2

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
600 FIRST AVENUE, SUITE 433
SEATTLE, WA 98104
(206) 464-4142