Hon. Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>THOMAS A. CAMERON,<br><br>　　Defendant. | No. CR 05 – 382 RSL<br><br>ORDER ON DEFENDANT'S MOTION FOR RETURN TO STATE CUSTODY |

　　This matter comes before the Court on Defendant Thomas A. Cameron's "Motion for Return to State Custody" (Dkt. # 33). Pursuant to notification by defense counsel, this motion is DENIED AS MOOT.

　　DATED July 27th, 2006.

　　　　　　　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　United States District Judge