Judge Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO.   CR05-382RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER CONTINUING |
| ) | TRIAL DATE |
| THOMAS CAMERON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

THIS MATTER, having come on before the undersigned Judge, upon application of the United States for an order continuing the trial date in this matter, and the Court having considered the records and files herein, and the reasons set forth in the government's motion and the declaration of counsel, including the unavailability of a critical government witness, NOW THEREFORE, the Court finds

1.  That a failure to grant a continuance of the trial date would result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(I).

2.  That defendant already has waived his right to a speedy trial until October 2, 2006.

3.  That the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation, and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date is continued from September 12, 2006 to September 18, 2006.  IT IS FURTHER ORDERED that the period of delay

1 | from Tuesday, September 12, 2006 until Monday, September 18, 2006 is excludable time
2 | pursuant to Title 18, United States Code, Section 3161(h)(8)(A), for the purpose of
3 | computing the time limitations imposed by the Speedy Trial Act, Title 18, United States
4 | Code, Section 3161 through 3174.

6 |     So ordered this 2nd day of August, 2006.

*[signature]*
Robert S. Lasnik
United States District Judge

Motion to Continue/Cameron — 2
CR05-382RSL